UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LOUIS PARKIN, JR. aka LUCIE PARKIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DERRAL G. ADAMS, et al.,<br><br>　　　　Defendants. | 1:07-cv-01869-OWW-GSA-PC<br><br>ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO FILE INITIAL RESPONSIVE PLEADING<br><br>(Doc. 16)<br><br>DEADLINE MARCH 19, 2008 |

Plaintiff is a state prisoner proceeding with counsel in a civil rights action pursuant to 42 U.S.C. § 1983. On February 7, 2008, the parties in this action filed a joint stipulation for an extension of time until March 19, 2008, for defendants to file a response to the complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are granted an extension of time until March 19, 2008 to file an initial response to the complaint.

IT IS SO ORDERED.

Dated:   **March 18, 2008**　　　　　　　　　／s/ **Gary S. Austin**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE