# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Louis Parkin, Jr., ) | No. 1:07-CV-01869-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| James E. Tilton, et al., ) | |
| ) | |
| Defendants. ) | |

     Plaintiff brought suit against Defendants Derral Adams, Dr. Greenough, Dr. McGuiness, Dr. Neubarth, and James Tilton. Defendants Adams, McGuiness, and Tilton are represented by the same counsel. Defendants Greenough and Neubarth each have separate counsel. On February 23, 2009, Defendant McGuiness moved for a protective order relieving him of the obligation to respond to Plaintiff's request for admissions, production of documents, and interrogatories (Dkt. 34). Defendant McGuiness requested a hearing for this matter (Id.). On March 13, 2009, Plaintiff moved to compel discovery responses from Defendant Neubarth and also requested a hearing for this matter (Dkt. 37).

     The Court being available to hear the matter,

     **IT IS HEREBY ORDERED** setting a telephonic discovery dispute hearing before the Honorable Stephen M. McNamee for **Tuesday, April 7, 2009 at 10:00 a.m.** <u>Defendant McGuiness's counsel</u> shall initiate a conference call and secure all participants on the line,

including Plaintiff's counsel, Defendant Neubarth's counsel, and Defendant Greenough's counsel, before telephoning Judge McNamee's chambers at (602) 322-7555, no later than **9:55 a.m.**, on April 7, 2009.

DATED this 17th day of March, 2009.

_____
Stephen M. McNamee
United States District Judge