# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Louis Parkin, Jr., | No. 1:07-CV-01869-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| James E. Tilton, et al., | |
| Defendants. | |

The Court having received the Stipulation of Dismissal of Defendants Dr. William Greenough and James E. Tilton filed by the parties (Dkt. 41),

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice as to Defendants Dr. William Greenough and James E. Tilton, each party to bear its own costs and fees, including attorneys' fees.

DATED this 30th day of March, 2009.

Stephen M. McNamee
United States District Judge