# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Louis Parkin, Jr., | No. 1:07-CV-01869-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| James E. Tilton, et al., | |
| Defendants. | |

The Court having received the Stipulation of Dismissal filed by the parties (Dkt. 44),

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice, each party to bear its own costs and fees, including attorneys' fees.

**IT IS FURTHER ORDERED** that the Motion for Protective Order (Dkt. 34) and Motion to Compel Responses (Dkt. 37) are hereby **VACATED**.

**IT IS FURTHER ORDERED** that the telephonic discovery dispute hearing on April 7, 2009 at 10:00 a.m. is hereby **VACATED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall terminate this action.

DATED this 6th day of April, 2009.

_____
Stephen M. McNamee
United States District Judge